```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


S.B.                              :      CIVIL ACTION
a Minor, by and through his       :
Parents and Guardians,            :
M.B. and K.B.                     :
                                  :
          v.                      :
                                  :
HAVERFORD TOWNSHIP                :
SCHOOL DISTRICT                   :      NO. 08-cv-0190-JF
```

ORDER

AND NOW, this 11th day of June 2009, upon consideration of Defendant's Motion to Dismiss, IT IS ORDERED that the motion is GRANTED. The case is DISMISSED WITHOUT PREJUDICE to Plaintiff's ability to reassert his claims after exhausting his administrative remedies.

The Clerk is directed to mark the case-file CLOSED.


                                  BY THE COURT:


                                   /s/ John P. Fullam
                                  John P. Fullam, Sr. J.